UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-mj-02694 Louis

UNITED STATES OF AMERICA

v.

Richard Kuklinski,

   Defendant.
_____/

CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?  ___ Yes ✓ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? ___ Yes ✓ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: _____
ROBERT F. MOORE
ASSISTANT UNITED STATES ATTORNEY
District Court No.   A5502488
99 N.E. 4th Street
Miami, Florida 33132
Tel:  305-961-9411
Fax:  305-530-7976
Email: Robert.moore@usdoj.gov

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America<br>v.<br>Richard Kuklinski,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) | Case No. 19 mj 02694 Louis |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 17 and 18, 2018__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 1470 | Attempted knowing transfer of obscene material to another individual who has not attained the age of 16 years. |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jessenia Munoz, TFO Homeland Security Investigations
*Printed name and title*

Sworn to before me and signed in my presence.

Date: May 2, 2019

_____
*Judge's signature*

City and state:  Miami, Florida

Lauren F. Louis, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Jessenia Munoz, having been duly sworn, state as follows:

1. I am a Task Force Officer with Homeland Security Investigations and have been a detective with the Miami-Dade Police Department for over six years. I am currently assigned to the Special Victims Bureau/Sexual Crimes Section, Internet Crimes Against Children Unit. In this capacity, I am responsible for conducting criminal investigations of statutes contained in Title 18 of the United States Code, including crimes related to child pornography and the sexual exploitation of children. I have investigated over 200 child exploitation and internet crimes against children related cases, and have attended approximately 145 hours of training in the field of Computer Crimes and Internet Crimes Investigations.

2. I have participated in investigations of persons suspected of violating federal child pornography laws, including Title 18, United States Code, Sections 1470, 2251, and 2252. These investigations have included the use of surveillance techniques, the interviewing of subjects and witnesses, and the planning and execution of arrest, search, and seizure warrants. In the course of these investigations, I have reviewed thousands of still images and videos containing child pornography and images depicting minor children engaged in sexually explicit conduct on various forms of electronic media including computers, digital cameras, and wireless telephones, and have discussed and reviewed these materials with other law enforcement officers.

3. I submit this Affidavit in support of a criminal complaint which charges Richard KUKLINSKI with knowingly attempting to transfer obscene material to another individual who has not attained the age of 16 years, in violation of Title 18, United States Code, Section 1470. Because this Affidavit is being submitted for the limited purpose of demonstrating probable cause

in support of the criminal complaint against Richard KUKLINSKI, I have not included each and every fact known concerning this investigation.

## BACKGROUND OF THE INVESTIGATION AND PROBABLE CAUSE

4. On December 14, 2018, a law enforcement officer, acting in an undercover capacity ("UC"), conducted an online child exploitation investigation utilizing an undercover meetme.com ("meetme")[1] profile. The profile purported to depict a 14-year-old female, hereafter referred to as "UC." At approximately 1:45 pm, a subject using meetme user name "Rich," who was later identified as KUKLINSKI, initiated a private message (PM)[2] session with UC. The following conversation ensued:

> Rich: Good afternoon […] sorry for bothering you but you are incredibly breathtaking sweetie.
> Rich: I want to kiss your sexy mouth
> Rich: I bet you suck a great dick
> (Later in the conversation) Rich: Can I fuck you
> UC: Well to be honest I'm forteen. Does that bother you?
> Rich: Wow are u seriois
> Rich: I don't know
> Rich: U kik
> Rich: Or text
> Rich: N ya I'd lick u
> Rich: Text me

5. In response to these messages, the UC provided a phone number. Rich sent the UC a text on December 15, 2018, at approximately 1:32 pm, using telephone number XXX-XXX-3533 asking the UC to send a picture of herself. The UC sent a picture of just her face.[3] Rich asked if the UC had a boyfriend, and if he could be her boyfriend. After that exchange, the following conversation ensued:

---

[1] Meetme is a chatting application that allows users to interact with other meetme users who share the same interest and are near by.
[2] A "private message" (PM) session is private text communication between two internet users via compatible chat software.
[3] The photograph used was an actual photograph of UC. UC is a white female law enforcement officer, approximately 26 years old, with youthful facial and physical features.

| | |
|---|---|
| Rich: | Ur really 14? |
| UC: | Yea i am |
| Rich: | So sexy |
| Rich: | U do older guys? |
| UC: | Never been with any but you seem nice |

(Later in the conversation) Rich: So u have had sex

| | |
|---|---|
| Rich: | I like u will u be my girlfriend |
| Rich: | Do u call |
| Rich: | *transmitted picture of himself* |
| UC: | Im a virgin |

(Later in the conversation) Rich: Can I call now talk quite

| | |
|---|---|
| Rich: | Or tonight u ever suck a guy dick |
| UC: | No i never have |

(Later in the conversation) Rich: U want to do that to me
(Later in the conversation) Rich: Be my girl

| | |
|---|---|
| Rich: | I want you |

(Later in the conversation) Rich: Like u send me your meetme
(Later in the conversation) UC: *transmits meetme profile picture*
(Later in the conversation) Rich: Love that pic makes me smile and hard

| | |
|---|---|
| Rich: | u like thst |
| Rich: | When I take a shower want a. Pic |

(Later in the conversation) Rich: I want to date you we would have to keep it between us
(Later in the conversation) UC: So where do you live

| | |
|---|---|
| Rich: | Florida city you |
| UC: | West Palm beach |

(Later in the conversation) Rich: I go there a lot
(Later in the conversation) Rich: Maybe next time I go we can meet for a date
(Later in the conversation) Rich: And do u want a nude later
(Later in the conversation) Rich: U want to have sex

| | |
|---|---|
| UC: | idk what if I'm not good |

(Later in the conversation) Rich: I'll teach u sexy

| | |
|---|---|
| Rich: | u like me aexy |
| Rich: | I'll teach u |
| Rich: | U want to suck my dick Holly |
| Rich: | Id let u tell you what to do |
| Rich: | Going to be home soon want shower pics |
| Rich: | Would u try to give me a bj if u were here |
| UC: | What's a bj |
| Rich: | Were u suck my dick |
| Rich: | U want to try that |
| Rich: | Would u try |
| Rich: | U really are a virgin what the most u ever did |
| UC: | If your gentile about it |
| UC: | Kissed |
| Rich: | Sure babe I would u want to kiss me alot |

        Rich:        Do u want to do that to me
        Rich:        U ready to see my cock
(Later in the conversation) Rich: So if we meet how we going to pull it off
(Later in the conversation) UC: When my mom goes to work
(Later in the conversation) UC: Or i can skip school

6. On December 16, 2018, Rich and the UC established a conversation via text message.

The following conversation ensued:

        Rich:    Horny thinking about you
        UC:     What are you thinking about"
        Rich:    Having sex
(Later in the conversation) Rich: I'll try to come see you soon so we can go make out
(Later in the conversation) Rich: I will can you get away when I visit
        UC:     Yes. My mom works crazy hours or i can skip school
        Rich:    We clearly can't go to your house so we can meet somewhere
        UC:     Just have to let me know a day before or something
        Rich:    Ok baby do you want to fuck
(Later in the conversation) Rich: Want to kiss my dick if I was alone with u
(Later in the conversation) Rich: Do u get horny looking at my pics
(Later in the conversation) UC: I don't know what that feeling is.
        Rich:    I'll show u

7. On December 17, 2018, Rich and the UC established a conversation via text message.

The following conversation ensued:

        Rich:    Ok baby I love you Wana see me naked
        Rich:    Can I call u when ur alone
        UC:     I might be able to call you later
        Rich:    Really baby
        Rich:    I want to do something while u call
        UC:     Like what
        Rich:    I'd play with myself
        Rich:    U want to hear me jack off
(Later in the conversation) Rich: Ur so bad texting ur 36 year old bf at work
Rich: U want to see my cock baby
(Later in the conversation) UC: I can get in so much trouble
(Later in the conversation) Rich: I can't wait to meet you so I can get you in my car and kiss you all over
        Rich:    You going to let me kiss that underage pretty little mouth
(Later in the conversation) Rich: Hey I'm all alone want a naked pic
        Rich:    If so send a kiss
        Rich:    U want to kiss that

      (Later in the conversation) Rich: *transmitted an image of an erect penis to UC*
      (Later in the conversation) Rich: Delete so ur mom dont see
      (Later in the conversation) Rich: Did ur mouth water a lil bit seeing my cock
      (Later in the conversation) Rich: U Wana lick it
      (Later in the conversation) Rich: Then we can have sex
      (Later in the conversation) Rich: Do I have to use a condom
      (Later in the conversation) Rich: No I don't like em
      (Later in the conversation) Rich: Wear that pink outfit to fuck you in
      (Later in the conversation) Rich: U like ur mans dick to
      Rich:    I'm paranoid keep thinking this a date line NBC raid
      (Later in the conversation) Rich: send a pic later
      Rich:    Ok baby one after you shower
      Rich:    Maybe show ur boobs
      UC:     ill sent you a pic but im not showing you my boobs
      (Later in the conversation) Rich: When u turn 18 u going to be my wife

8. On December 18, 2018, Rich and the UC established a conversation via text message. Rich typed that he missed the UC and loved her. The conversation continued, and Rich asked, "U think about sex with me."

9. On December 19, 2018, Rich and the UC established a conversation via text message. The following conversation ensued:

      Rich:    Wana see your bfs dick baby
      (Later in the conversation) Rich: Want to see your man's dick
      Rich:    *transmitted a video of him masturbating*
      Rich:    I just sent u a really naughty video
      (Later in the converstation) Rich: Make ur pussy tingle a lil
      (Later in the conversation) Rich: When u going to stop being so shy n send me nudes
      Rich: *transmitted a video of him masturbating*
      (Later in the conversation) UC: Whats that called you are doing
      (Later in the conversation) Rich: Jacking off
      (Later in the conversation) Rich: When I see u on brake I want to fuck u wearing all pink
      Rich:    That slutty pink outfit I'm going to fuck u so good

10. On April 22, 2019, Rich transmitted a video of himself masturbating to the UC and asked, "U get the video," via text message. The UC responded and Rich aksed, "Hey sexy u like

that," and "I was thinking about you." Rich then asked the UC to send picture in a pink shirt and asked, "Did it make u feel funny."

11. On April 23, 2019, Rich established a conversation via text message. Rich asked, "What color panties did you have on when u got the video." That same day Rich sent a text to UC saying, "Sneak out of class."

12. In addition to the above text messaging communication, the UC conducted recorded controlled telephone calls with Rich between December 2018 and February 2019. During one phone call on January 17, 2019, Rich stated that he had just arrived at his residence. In addition, Rich sent a number of pictures and videos of an adult male's erect penis as well as masturbation videos where the adult male was located inside of a residence. One of the photos was of the individual identified as KUKLINSKI inside of a shower.

13. A law enforcement officer queried a data base known as TransUnion for information on telephone number XXX-XXX-3533. Law enforcement located a record for KUKLINSKI in Dade County Florida ("the Homestead property").

14. Law enforcement queried the address of the Homestead property with the Miami Dade property appraisers and located a record identifying KUKLINSKI and another individual as the registered owners of the Homestead property. Law enforcement later determined that the other individual was deceased making KUKLINSKI the sole owner of the Homestead property.

15. Law enforcement queried the Florida Department of Highway Safety and Motor Vehicles Driver license database for a KUKLINSKI. The driver license photo matched the images sent to the UC during the chats, as well as the meetme profile photo of "Rich."

16. The driver license photo of KUKLINSKI also strongly resembled a white male that law enforcement saw departing the Homestead property during two of their four surveillance

operations between March 7, 2019 and April 30, 2019.

17. On April 30, 2019, the Honorable Magistrate Judge Lauren Louis authorized a federal search warrant for the Homestead property.

18. On May 1, 2019, law enforcement executed the aforementioned federal search warrant and encountered Richard KUKLINSKI, his brother, and his friend. During a search of the residence, law enforcement seized multiple pieces of electronic media, including a Motorola and Alcatel cellular telephone, located in KUKLINSKI's bedroom.

19. A preliminary forensic examination of the Alcatel cellular telephone by HSI Computer Forensic Agents revealed that the telephone number for the UC had been saved in the contacts. Furthermore, the Alcatel and Motorola cellular telephone is registered to the same telephone number that "Rich," identified as Richard KUKLINSKI, was using to communicate with the UC.

20. Continuing on May 1, 2019, law enforcement interviewed KUKLINSKI in reference to this investigation. In a post-*Miranda* statement, KUKLINSKI stated that he is currently living at the Homestead property with only his brother and his friend. KUKLINSKI stated he owns the Motorola and Alcatel cellular telephones. KUKLINSKI also stated that telephone number XXX-XXX-3533 has belonged to him for approximately two (2) years and has utilized the same telephone number on both of his cellular telephones. KUKLINSKI admitted to utilizing the "meetme" application and text messages to communicate with the UC. KUKLINSKI stated that the UC identified herself as 14-year old female. KUKULINSKI also admitted that he sent the UC multiple photographs and videos of his penis via text messages. KUKLINSKI stated that he believed the UC was 14 years of age when he transmitted the images and videos. KUKLINSKI confirmed that the screenshots shown to him by law enforcement were in fact some of the photos and videos transmitted during his communication with the UC.

21. Based upon the foregoing, I respectfully submit that there is probable cause to believe that the defendant, Richard KUKLINSKI, attempted to knowingly transfer obscene material to another individual who has not attained the age of 16 years, in violation of Title 18, United States Code, Section 1470.

**FURTHER YOUR AFFIANT SAYETH NAUGHT**

_____
Jessenia Munoz
Task Force Officer
Homeland Security Investigations

Sworn to and subscribed before me this 2 day of May, 2019 at Miami, Florida

_____
LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE