# MINUTE ORDER

Page 4

## Magistrate Judge Lauren F. Louis

Atkins Building Courthouse - 11th Floor        Date: 5/2/2019    Time: 1:30 p.m.

Defendant: RICHARD KUKLINSKI       J#: 18124-104     Case #: 19-2694-MJ-LOUIS
AUSA: Vanessa Johannes              Attorney: AFPD Arun Ravindran
Violation: TRANSFERRING OBSCENE MATERIALS TO A MINOR
Surr/Arrest Date: 5/1/2019    YOB: 1982

Proceeding: Initial Appearance             CJA Appt:
Bond/PTD Held: ☐ Yes ☐ No      Recommended Bond:
Bond Set at:                                    Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

Disposition:
Defendant advised of rights and charges

Defendant sworn; AFPD appointed

Govt rec Pretrial Detention; requests 5/7/19 for hearing

Time from today to ____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:    Time:    Judge:    Place:
Report RE Counsel:
PTD Hearing:            5/7/19         10:00 a.m.    Duty/Miami
Prelim/Arraignment:     5/16/19        10:00 a.m.    Duty/Miami
Status Conference RE:
D.A.R. 14:07:05                         Time in Court: 6 mins

s/Lauren F. Louis                          Magistrate Judge