# COURT MINUTES

## Magistrate Judge Jacqueline Becerra

**King Building Courtroom 10-6**          Date: 5/7/19          Time: 10:00 a.m.

Defendant: Richard Kuklinski          J#: 18124-104   Case #: 19-2694-LOUIS

AUSA: Daya Nathan          Attorney: AFPD Arun Ravindran

Violation: Attempted Knowing Transfer of Obscence Material to Minor

Proceeding: Pretrial Detention Hearing          CJA Appt:

Bond/PTD Held: ○ Yes  ○ No          Recommended Bond:

Bond Set at:          Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs

☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services _____
    Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or
    Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to: _____

☐ Other:

Language: English

Disposition:
*Prel/Arr 5/16*

-Stip to cont to
5/9 @ 10am

Time from today to _____ excluded from Speedy Trial Clock

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| Report RE Counsel: | | | | |
| PTD/Bond Hearing: | 5/9 | 10am | Duty | MJA |
| Prelim/Arraign or Removal: | | | | |
| Status Conference RE: | | | | |

D.A.R. 10:02:22          Time in Court: 6 mins