# COURT MINUTES

## Magistrate Judge Edwin G. Torres

| King Building Courtroom 10-5 | Date: 5/9/19 | Time: 10:00 a.m. |
|---|---|---|

Defendant: Richard Kuklinski        J#: 18124-104    Case #: 19-2694-LOUIS

AUSA: Robert Moore                        Attorney: AFPD – Arun Ravindran

Violation: Attempted Knowing Transfer of Obscene Material to a Minor

Proceeding: Pretrial Detention Hearing                CJA Appt:

Bond/PTD Held: ⃝ Yes  ⃝ No        Recommended Bond:

Bond Set at:                                        Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

Disposition:
*Prel/Arr 5/16*
Pretrial Detention hearing held
Miami Dade Police Officer/TFO/HSI
Jessenia Munoz sworn.
The Court GRANTS the Government's motion for pretrial detention

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:        Time:        Judge:            Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:

D.A.R. 10:44:30 -recall – 11:39:23                Time in Court: 42