# COURT MINUTES

Page 1

## Magistrate Judge Jacqueline Becerra

| King Building Courtroom 10-6 | Date: 5/16/19 | Time: 10:00 a.m. |

Defendant: Richard Kuklinski     J#: 18124-104     Case #: 19-2694-MJ-LOUIS

AUSA: Sean McLaughlin     Attorney: AFPD Arun Ravindran

Violation: TRANSFERRING OBSCENE MATERIAL TO A MINOR

Proceeding: PREL/ARRAIGNMENT     CJA Appt:

Bond/PTD Held: ⚪ Yes  ⚪ No     Recommended Bond:

Bond Set at: PTD     Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services _____ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

Disposition:
- Reset to 5/17
- Deft executes waiver of prel exam
- Court accepts waiver and excludes time through 5/17/19

Time from today to 5/17/19 excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**     Date:     Time:     Judge:     Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal: 5/17  10am  Duty  MJ ✓

Status Conference RE:

D.A.R. 10:00:20     Time in Court: 7 mins