UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 19-2694-MJ-LOUIS

UNITED STATES OF AMERICA,

v.

Richard Kuklinski,
_____/

## WAIVER OF PRELIMINARY EXAMINATION

The defendant, having been advised of his/her right to a preliminary hearing or examination as to probable cause, and the defendant, having refused and waived a preliminary examination,

The defendant now signs this Waiver of Preliminary Examination through 5/17/19.

DATED: 5/16/19                    Defendant Name/Signature: Richard Kuklinski

## MAGISTRATE JUDGE'S CERTIFICATE

The undersigned United States Magistrate Judge certifies that the defendant, after been advised of his/her right to a preliminary examination, stated he/she refused and waived such preliminary examination and signed the foregoing Waiver of Preliminary Examination.

**IT IS ORDERED**, that a preliminary examination in the above-entitled matter is waived through 5-17-19.

Dated 5/16/19, at Miami, Florida.

Jacqueline Becerra
United States Magistrate Judge