UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **19-20296-CR-BLOOM/LOUIS**

18 U.S.C. § 1470
18 U.S.C. § 1467

UNITED STATES OF AMERICA

vs.

RICHARD KUKLINSKI,

    Defendant.

_____/

### INDICTMENT

#### COUNT 1
**(Attempted Transfer of Obscenity to a Minor (18 U.S.C. § 1470))**

On or about December 17, 2018, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**RICHARD KUKLINSKI,**

using any facility and means of interstate and foreign commerce, did knowingly attempt to transfer obscene matter to another individual who had not attained the age of 16 years, knowing that such other individual had not attained the age of 16 years, in violation of Title 18, United States Code, Section 1470.

#### COUNT 2
**(Attempted Transfer of Obscenity to a Minor (18 U.S.C. § 1470))**

On or about December 19, 2018, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**RICHARD KUKLINSKI,**

using any facility and means of interstate and foreign commerce, did knowingly attempt to transfer obscene matter to another individual who had not attained the age of 16 years,

knowing that such other individual had not attained the age of 16 years, in violation of Title 18, United States Code, Section 1470.

## COUNT 3
### (Attempted Transfer of Obscenity to a Minor (18 U.S.C. § 1470))

On or about April 22, 2019, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**RICHARD KUKLINSKI,**

using any facility and means of interstate and foreign commerce, did knowingly attempt to transfer obscene matter to another individual who had not attained the age of 16 years, knowing that such other individual had not attained the age of 16 years, in violation of Title 18, United States Code, Section 1470.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendant, **RICHARD KUKLINSKI,** has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1470, as alleged in this Indictment, the defendant **RICHARD KUKLINSKI,** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 1467:

(1) any obscene material produced, transported, mailed, shipped or received from such violation;

(2) any property, real or personal, constituting or traceable to gross profits or other proceeds which the defendant obtained from such violation; and

(3) any property, real of personal, used or intended to be used to commit or to promote the commission of such violation.

3. Upon conviction of a violation of Title 18, United States Code, Section 2422, as alleged in this Indictment, the defendant, **RICHARD KUKLINSKI**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2428:

(a) any property, real or personal, used or intended to be used to commit or to facilitate the commission of such violation; and

(b) any property, real or personal, constituting or derived from proceeds traceable to any such violation.

All pursuant to Title 18, United States Code, Sections 2428 and 1467, and the procedures set forth at Title 21, United States Code, Section 853, as made applicable by Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
ROBERT F. MOORE
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO._____

v.

## CERTIFICATE OF TRIAL ATTORNEY*

**Richard Kuklinski**

**Superseding Case Information:**

_____Defendant._____/

**Court Division**: (Select One)
- ✓ Miami
- ___ FTL
- ___ Key West
- ___ WPB
- ___ FTP

New defendant(s)           Yes ___ No ___
Number of new defendants   ___
Total number of counts     ___

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   No
   List language and/or dialect   _____

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I    0 to 5 days       ✓
   - II   6 to 10 days
   - III  11 to 20 days
   - IV   21 to 60 days
   - V    61 days and over

   (Check only one)
   - Petty
   - Minor
   - Misdem.
   - Felony    ✓

6. Has this case previously been filed in this District Court?   (Yes or No)   No
   If yes: Judge _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   Yes
   If yes: Magistrate Case No.   19-MJ-02694-LFL
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of   May 1, 2019
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?   Yes ___   No ✓

8. Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   Yes ___   No ✓

_____
Robert F. Moore
Assistant United States Attorney
Court ID A5502488

*Penalty Sheet(s) attached

REV 8/13/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:**  **RICHARD KUKLINSKI**

**Case No:** _____

Counts #: 1 - 3

Attempted Transfer of Obscenity to a Minor

Title 18 United States Code, Section 1470

**\*Max. Penalty:** 10 Years' Imprisonment

**\* Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**