# COURT MINUTES

Page 3

## Magistrate Judge Jacqueline Becerra

King Building Courtroom 10-6        Date: 5/17/19    Time: 10:00 a.m.

Defendant: Richard Kulinski        J#: 18124-104    Case #: 19-20296-CR-BLOOM/LOUIS
AUSA: Brian Dobbins        Attorney: AFPD Arun Ravindran
Violation: TRANSFERRING OBSCENE MATERIAL TO A MINOR
Proceeding: ARRAIGNMENT        CJA Appt:
Bond/PTD Held: ☐ Yes  ☐ No    Recommended Bond:
Bond Set at: PTD        Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ___ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

Disposition:
- Deft arraigned

Reading of indictment Waived ✓
Not Guilty plea entered ✓
Jury trial demanded ✓
Standing Discovery Order requested. ✓

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 10:10:58        Time in Court: 2 mins