UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-20296-CR-BLOOM/LOUIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RICHARD KUKLINSKI,

    Defendant.
_____/

## NOTICE OF APPEARANCE

The Federal Public Defender for the Southern District of Florida gives notice that undersigned counsel will be appearing as co-counsel for the defendant in the above referenced case.

                    Respectfully submitted,

                    MICHAEL CARUSO
                    FEDERAL PUBLIC DEFENDER

BY:   *s/Kate Mollison*
        Kate Mollison
        Assistant Federal Public Defender
        Special A No. A5502482
        150 West Flagler Street
        Suite 1700
        Miami, Florida 33130-1556
        Tel:   305-530-7000/Fax:  305-536-4559
        E-Mail Address: kate_mollison@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 20, 2019, undersigned counsel electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

*/s/Kate Mollison*
Kate Mollison