UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-cr-20296

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | **NOTICE OF PERMANENT APPEARANCE** |
| RICHARD KUKLINSKI, | : | |
| Defendant._____ | / | |

COMES NOW David M. Trontz, and files this appearance as counsel for the above named defendant.  Counsel agrees to represent the defendant for all proceedings arising out of the transaction with which the defendant is presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 16 and the Special Rules Governing the Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the defendant of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant.

DATED:_____May 21, 2019_____

DONET, MCMILLAN & TRONTZ, P.A.
ATTORNEYS FOR DEFENDANT

By: __/s/ David M. Trontz_____
DAVID M. TRONTZ, ESQ.
FLORIDA BAR NO.: 948111

DONET, MCMILLAN & TRONTZ, P.A., ATTORNEYS AT LAW
SUITE 406, CONTINENTAL PLAZA, 3250 MARY STREET, COCONUT GROVE, FLORIDA 33133-5232
•PHONE 305-444-0030• FAX 305-444-0039 • INTERNET: WWW.DMT-LAW.COM