AWL:plt

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   19-20296-CR-BLOOM/LOUIS

UNITED STATES OF AMERICA,

vs.

RICHARD KUKLINSKI,

       Defendant.
_____/

## NOTICE OF APPEARANCE

Undersigned counsel hereby files this Notice of Appearance as counsel of record as to criminal forfeiture for the United States of America in this cause.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By:   s/ Alison W. Lehr
       Alison W. Lehr
       Assistant United States Attorney
       Fla. Bar No. 444537
       99 N.E. 4th Street, 7th Floor
       Miami, Florida 33132-2111
       Tel  (305) 961-9176
       Fax  (305) 536-7599
       alison.lehr@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on May 21, 2019, I electronically filed the foregoing document, *Notice of Appearance* with the Clerk of the Court using CM/ECF.

                                                  *s/Alison W. Lehr*
                                                  Alison W. Lehr
                                                  Assistant U.S. Attorney