UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-20296-CR-BLOOM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RICHARD KUKLINSKI,

    Defendant.

_____/

## MOTION TO WITHDRAW AS COUNSEL

The Federal Public Defender's Office, through undersigned counsel, respectfully requests the Court's permission to be excused from further representation of the defendant in the above-referenced matter. On May 21, 2019, private counsel David Trontz filed a Notice of Permanent Appearance on behalf of the defendant. (D.E. 15.) Because he is now represented by private counsel, the Federal Public Defender's Office respectfully requests to withdraw as counsel for Mr. Kuklinski.

        Respectfully submitted,

        MICHAEL CARUSO
        FEDERAL PUBLIC DEFENDER

    By:    */s/Abigail E. Becker*
        Assistant Federal Public Defender
        Florida Bar No.: 72284

150 W. Flagler Street, Suite 1700  
Miami, Florida  33130  
Tel:   305-530-7000  
abigail_becker@fd.org

### CERTIFICATE OF SERVICE

I HEREBY certify that on May 21, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/Abigail E. Becker*
