UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-20296-CR-BLOOM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RICHARD KUKLINSKI,

    Defendant.
_____/

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

THIS CAUSE is before the Court upon the Federal Public Defender's Motion to Withdraw as Counsel (D.E. __). The Court has considered the motion and is fully advised in the premises. It is

ORDERED AND ADJUDGED that the motion is GRANTED: the Federal Public Defender's Office is excused from further representation of the Defendant in this matter.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of _____, 2019.

_____
BETH BLOOM
UNITED STATES DSITRICT JUDGE